UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID RICHARD ISRAEL, ) | |
| ) | |
| Petitioner, ) | CASE NO.   C05-1714-TSZ-JPD |
| ) | |
| v. ) | |
| ) | |
| KENNETH QUINN, ) | ORDER GRANTING AGREED MOTION |
| ) | FOR EXTENSION OF TIME TO SUBMIT |
| Respondent. ) | TRIAL TRANSCRIPTS |
| _____) | |

This matter comes before the Court on the agreed motion of the parties for an extension of time to submit copies of the trial transcripts that are missing from the state court record previously provided to this Court. The Court, having considered the motion, and the balance of the record, does hereby ORDER as follows:

(1) The parties' agreed motion for an extension of time (Dkt. No. 21) is GRANTED. Respondent is directed to submit the missing transcripts not later than *June 26, 2006*.

(2) Petitioner's federal habeas petition is RE-NOTED on the Court's calendar for consideration on *June 30, 2006*.

ORDER GRANTING AGREED MOTION
FOR EXTENSION OF TIME TO SUBMIT
TRIAL TRANSCRIPTS - 1

(3) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Thomas S. Zilly.

DATED this 16th day of June, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING AGREED MOTION
FOR EXTENSION OF TIME TO SUBMIT
TRIAL TRANSCRIPTS - 2