UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID RICHARD ISRAEL,

        Petitioner,

v.

KENNETH QUINN,

        Respondent.

CASE NO. C05-1714-TSZ-JPD

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Upon review of the file in this matter, the Court finds cause for recusal. This matter is hereby reassigned, by way of random assignment, to the Honorable Mary Alice Theiler, United States Magistrate Judge.

Dated this __27th__ day of October, 2006.

BRUCE RIFKIN, Clerk

By /S/ Peter H. Voelker
Deputy Clerk

MINUTE ORDER