UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID RICHARD ISRAEL, | ) | CASE NO.: C05-1714-TSZ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING |
| | ) | § 2254 PETITION |
| KENNETH QUINN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, all briefing submitted by the parties, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's federal habeas petition (Dkt. No. 1) is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Theiler.

DATED this 27th day of December, 2006.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -1